

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



RECEIVED
DEC 2 6 2007 aew
DEC 26 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

WENDELL C. THOMPSON

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

PATRICK PEREZ

JOHN A BARSANTI

JOSEPH LULVES

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

07CV7234
JUDGE HOLDERMAN
MAGISTRATE JUDGE MASON

Case No: _____
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

___     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

___     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

   A. Name: WENDELL C. THOMPSON

   B. List all aliases: _____

   C. Prisoner identification number: #30421

   D. Place of present confinement: KANE COUNTY JAIL

   E. Address: 777 E FABIAN PKWY.

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
    (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: PATRICK PEREZ

      Title: SHERIFF

      Place of Employment: KANE COUNTY JAIL

   B. Defendant: JOHN A. BARSANTI

      Title: STATES ATTORNEY (CHIEF PROSECUTER)

      Place of Employment: 100 S. THIRD ST. 4TH FLOOR, GENEVA, IL 60134

   C. Defendant: JOSEPH LULVES

      Title: ASST. STATES ATTORNEY

      Place of Employment: 100 S. THIRD ST. 4TH FLOOR, GENEVA, IL 60134

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: _WENDELL THOMPSON V. DIRECTOR BODACK AND MEDICAL STAFF, WENDELL C. THOMPSON V. MIDLAND MANAGEMENT Co. et al 07C5222_

B. Approximate date of filing lawsuit: _MAR. 1998, SEPT. 2007_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _WENDELL C. THOMPSON_

D. List all defendants: _DIRECTOR BODACK AND MEDICAL STAFF, MIDLAND MANAGEMENT Co., KIM MORRIS_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _NORTHERN DISTRICT_

F. Name of judge to whom case was assigned: _NOT KNOWN, JUDGE NOLAN_

G. Basic claim made: _HEALTH AND LIFE ENDANGERMENT, ILLEGAL EVICTION_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _DISMISSED_

I. Approximate date of disposition: _1-11-99, OCT. 2007_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I HAVE BEEN IMPROPERLY DETAINED AT THE KANE COUNTY JAIL, THERE IS 20 DETAINEE'S INSIDE A 10 MAN CELLBLOCK THERE ARE ONLY 10 SEATS AT THE TABLES AND ENOUGH ROOM TO CRAM 6 INDIVIDUALS ON THE BENCH, IF NO ONE IS LAYING DOWN. WE ALL HAVE BAGS TO KEEP OUR BELONGINGS IN, WITH EVERYONE HAVING TO BE OUT OF THE CELL AT 5:30 A.M., MOST SLEEP ON THE FLOOR, WITH HARDLY ANY ROOM TO MOVE AROUND, BODIES AND BAGS TAKE UP ALL THE SPACE. SOME INDIVIDUALS WHO CAN'T FIND A SPACE ARE FORCED TO STAY UP, THERE IS OFTEN FIGHTS DUE TO LACK OF SPACE. I AM OUT OF THE CELL AT 5:30 A.M. AND MUST REMAIN OUT UNTIL 10:00 P.M. LOCK UP TIME, WITHOUT ANYTHING TO LAY ON OR TO COVER UP WITH, THERE IS APPROXIMATELY 23 SQ. FT. PER DETAINEE, 1 TOILET AND 1 SHOWER IN THE DAYROOM. I HAVE BEEN MOVED DUE TO DISAGREEMENTS WITH MULTIPLE INDIVIDUALS, AND BEEN SENT TO SEGREGATION TWICE FOR VERY OUTRAGED ARGUMENTS, ONE INCIDENTS I THREW TRAYS TO KEEP FROM HURTING

the other person. I have also been in unwelcomed fights because people bothering me while I'm working on my case. If I'm sent to seg. I am not allowed to call my attorney. If someone brings their blanket, sheet, or pillow out of their cell our privileges are taken, even if it is one person, and we can't make calls then. Commissary took $47.19 because I refused an order, due to miscommunication I received the same order twice. After refusing the second order, I was told I donated it. After two months of arguing, wasting time, paper, pencils, and lacking preperation for trial I finally received my commissary, after informing Lt. Carter of my desire to physically fight officers to get their attention.

I've been sharing a cell with one bunk and my matress on the floor. The cell is approximately 54 sq. ft. per cell, with a toilet, a bunk, a desk, and a matress on the floor and approximately 1½ sq. ft. of move around space per person.

On Nov. 4, 2007 approximately 4:30 A.M. I tripped over my cellmate, trying to get out of the bunk to use the bathroom. I was transported to Delnor

HOSPITAL, AND TREATED FOR A SPAINED BACK AND NECK. AFTER COMING FROM THE HOSPITAL, MY BUNK WAS TAKEN AND I WAS FORCED TO SLEEP ON THE FLOOR AGAIN. AFTER ENTERING THIS COUNTY JAIL, WITH A BACK AND NECK INJURY MAY 29, 2007, DOCTOR SOOD REFUSED TO GIVE ME A BED WAIVER OR TWO MATS, AND INFORMED ME THAT I MUST SLEEP WHERE I AM PLACED. I HAVE SLEPT ON THE FLOOR FOR APPROXIMATELY 140 DAYS, IT IS VERY DIFFICULT TO GET UP OFF THE FLOOR AND EVEN MORE DIFFICULT GETTING BACK DOWN.

SOME PARTS OF THE JAIL DETAINEES ARE ALLOWED INSIDE THEIR BUNKS OR CELLS, TO LIE DOWN OR GET AWAY FROM THE CROWD. RISK CELLBLOCK CAN GO INSIDE THEIR CELL WHEN THE WANT, 502 AND 503 COME OUT OF THEIR CELLS FOR EIGHT HOURS A DAY, IF THEY CHOOSE TO DO SO.

THIS IS VERY STRESSFUL AND THE PUNISHMENT IS UNDESERVING, IT IS NOT PEACEFUL, HEALTHFUL, OR ADEQUATE FOR THE PREPARATION FOR TRIAL, AND GROSSLY DISREGARDS THE WELFARE OF DETAINEE'S PHYSICALLY, EMOTIONALLY, AND PSYCHOLOGICALLY, AND IS DANGEROUS AND UNSAFE. THUS NOT ALLOWING THE PREPARATION FOR TRIAL TO BE MY MAIN OR PRIMARY PURPOSE OF DETAINMENT, AND WITH

THE STATES ATTORNEY JOHN A. BARSANTI BEING THE HEAD PROSECUTER IN CRIMINAL PROCEEDINGS, THEN THE HEAD DEFENSE ATTORNEY FOR THE SHERIFFS VIOLATIONS AGAINST DETAINEE'S, THE PROSECUTING ATTORNEYS ARE KNOWINGLY AND WILLFULLY PREMEDITATING AND PREMATURELY PUNISHING DETAINEE'S WITH AND THRU THE AID OF THE SHERIFF. CREATING AN ENVIRNMENT THAT INTERTAINS THE THOUGHT AND BELIEF THAT A PLEA BARGAINS AND/OR PRISON IS A BETTER ENVIRNMENT DUE TO LESS STRESS AND PUNISHMENT.

THE PRIMARY PURPOSE FOR MY DETAINMENT IS TO ASSURE THAT I SHOW FOR TRIAL, AND MY LIBERTIES GAURANTEE THAT I AM ABLE TO PREPARE FOR THAT EVENT, WITHOUT UNNECESSARY PUNISHMENT. BUT BEING A DETAINEE, ANY PUNISHMENT IS CRUEL AND UNUSUAL, AND IN THIS SITUATION IT SEEMS TO BE SOME TYPE OF CONFLICT OF INTEREST IN THE SAFE-GUARDING AND PUNISHMENT OF THIS DETAINEE, AND THE PUNISHMENT ACTUALLY BEING PREMEDITATED AND PREMATURELY DONE THRU THE AID OF THIS UNHEALTHFUL PLACE OF DETAINMENT. THE KANE COUNTY STATES ATTORNEYS ARE ACTUALLY THE DEFENSE ATTORNEY IN MY CIVIL RIGHTS COMPLAINT AGAINST THE SHERIFF, DOCTOR SOOD AND NURSE LISA CASE NO. 07C 4970, DEFENDANCE ATTORNEY IS ASST. STATES ATTORNEY JOSEPH LULVES.

V.　　**Relief:**

　　　State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

PLAINTIFF PRAYS FOR THIS COURT TO GRANT HIM RELIEF FOR THESE VIOLATIONS AGAINST HIS CONSTITUTIONAL RIGHTS, IN THE AMOUNT OF $900,000.00 (NINE HUNDRED THOUSAND DOLLARS).

VI.　　The plaintiff demands that the case be tried by a jury.　　☐ YES　　☒ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 20 day of DEC, 20 07

W. Th——
(Signature of plaintiff or plaintiffs)

WENDELL C. THOMPSON
(Print name)

30421
(I.D. Number)

777 E. FABYAN PKWY.
GENEVA, IL 60134
(Address)

6

Revised 9/2007

C/O HUGHES (FEMALE) VIDEO TAPED THE EVENT OF TENSION FLARING AFTER DETAINEE HILL WAS HIT AND STAND OFF OF RIVAL GANGS OCCURRED.

C/O CAMBELL VIDEO TAPED THE BOX CONTAINING SHANKS FOUND IN CELL BLOCK, SHOULD HAVE BEEN A SHAKE DOWN BEFORE RIVAL GANGS WERE MIGRATED.

I, WENDELL C. THOMPSON, SWEAR UNDER PENALTY OF PERJURY THAT I SERVED A COPY OF THE ATTACHED DOCUMENT ON JOSEPH LULVES, 100 S. THIRD ST., GENEVA, IL 60134, BY PLACING IT IN THE MAIL AT THE KANE COUNTY JAIL ON 12-21-07.

W. Th——
WENDELL THOMPSON

**Form 1:**

WHITE – ORIGINAL / YELLOW – BOOKING FILE / PINK – INMATE'S COPY

JUDGE HOLBERMAN
WENDELL C. THOMPSEN
ADULT CORRECTIONS
SHERIFF'S DEPARTMENT, MAIL ROOM (CRISSY) et al
KANE COUNTY RECENT DISREGARD FOR LAW
INMATE'S COPY

DATE 12-14-07    LOCATION 301
TO Mail Room    BOOKING # 428 03

REASON: I received Four Kankakee After 1 1/2 months. Have I had Mail sent here? If so could you send it to me.

(SIGNATURE) Jorge A Monroe II

RESPONSE: We do not hold mail, mail came while you were gone, we would have returned it to sender.

Mail Room (SIGNATURE)

INMATES REQUEST    C

INMATE'S NAME Jorge A Monroe II

☐ 01/17 PREV

I, WENDELL C. THOMPSON, SWEAR UNDER PENALTY OF PERJURY THAT THAT I SERVED A COPY OF THE ATTACHED DOCUMENT ON JOSEPH LUKES, 100 S. THIRD ST, GENEVA, IL 60134, BY PLACING IT IN THE MAIL AT THE KANE COUNTY JAIL ON 12-21-07.

W. Thompson
WENDELL THOMPSON

---

**Form 2:**

WHITE – ORIGINAL / YELLOW – BOOKING FILE / PINK – INMATE'S COPY
ADULT CORRECTIONS
SHERIFF'S DEPARTMENT
KANE COUNTY

DATE 12-14-07    LOCATION 301
TO Mail Room    BOOKING # 76798

REASON: Do you hold any mail that was sent here while I was incarcerated. If so Mail it to me please. Send it up here. Thank you.

(SIGNATURE)

RESPONSE: We do not hold mail, if mail came when you were gone we would have returned it to sender.

Mail Room (SIGNATURE)

INMATES REQUEST    C

INMATE'S NAME Luke Keets