**PRISONER CASE**



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

| | | | |
|---|---|---|---|
| **Plaintiff(s):** | WENDELL C. THOMPSON | **Defendant(s):** | PATRICK PEREZ, et al. |
| **County of Residence:** | KANE | **County of Residence:** | |
| **Plaintiff's Address:** | | **Defendant's Attorney:** | |

Wendell C. Thompson
#30421
Kane - KCJ
777 East Fabyan Parkway
Geneva, IL 61034

KC **FILED**
DEC 2 6 2007
Dec 26 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

07CV7234
JUDGE HOLDERMAN
MAGISTRATE JUDGE MASON

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☐ Yes ☑ No

**Signature:** *A. E. Woolham* **Date:** 12/26/2007

Holderman
Mason

**07C 7233**